UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HELIUM FINANCIAL GROUP, LLC and
HELIUM ADVISORS, LLC,

Plaintiffs,

v.

ROSHAN WEERAMANTRY; CYRUS
AMINI; OAKLEY PARTNERS, LLC; and
HYPHEN WEALTH MANAGEMENT, LLC,

Defendants.

Case No. 2:25-cv-02198-JHC

**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO DEFENDANTS' JOINT MOTION TO TRANSFER OR IN THE ALTERNATIVE TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

NOTE ON MOTION CALENDAR:
February 5, 2026

Pursuant to Local Civil Rules 7(j) and 10(g) Plaintiffs Helium Financial Group, LLC and Helium Advisors, LLC (collectively "Plaintiffs") and Defendants Roshan Weeramantry, Cyrus Amini, Oakley Partners, LLC, and Hyphen Wealth Management, LLC (collectively, "Defendants") by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend time for Plaintiffs to respond to Defendants' Joint Motion to Transfer or in the Alternative to Dismiss for Lack of Personal Jurisdiction ("Motion")[Dkt. No. 10, Case No. 2:25-cv-02198-JHC] by sixty (60) days to April 3, 2026, while the parties assess alternative resolution and/or mediation of this matter.

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO THE DEFENDANTS' JOINT MOTION
TO TRANSFER OR IN THE ALTERNATIVE TO DISMISS FOR
LACK OF PERSONAL JURISDICTION – Page 1
Case No. 2:25-cv-02198-JHC

Counsel for Plaintiffs and counsel for Defendants have agreed to an extension for Plaintiffs of sixty (60) days to respond to the Motion. Plaintiffs have not previously requested, nor have Defendants previously granted, an extension of time to respond to the Motion. This extension will not affect any other deadlines in the case.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of, or otherwise affect, any right, defense, claim, or objection.

THEREFORE, for the reasons stated above, the parties request that the Court enter an Order extending to April 3, 2026, Plaintiffs' deadline to respond to the Motion.

RESPECTFULLY SUBMITTED this 5th day of February, 2026.

*The undersigned certify that this motion contains 211 words, in compliance with the Local Civil Rules.*

CORR CRONIN LLP

*s/ Todd T. Williams*
Steven W. Fogg, WSBA No. 23528
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com
twilliams@corrcronin.com

James S. Rollins (*pro hac vice forthcoming*)
P. John Veysey (*pro hac vice forthcoming*)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Ph: (617) 217-4700| Fax: (617) 542-2241
James.Rollins@nelsonmullins.com
john.veysey@nelsonmullins.com

Patrice M. Kreider-Hughes (*pro hac vice forthcoming*)
KREIDER HUGHES LAW, PLLC
4500 9th Avenue NE, Suite 300

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO THE DEFENDANTS' JOINT MOTION
TO TRANSFER OR IN THE ALTERNATIVE TO DISMISS FOR
LACK OF PERSONAL JURISDICTION – Page 2
Case No. 2:25-cv-02198-JHC

Seattle, WA 98105
Ph: (206) 457-2610| Fax: (206) 472-6010
patrice@kreiderhugheslaw.com

*Attorneys for Plaintiffs*

MURPHY, PEARSON, BRADLEY & FEENEY

*s/ Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
Miguel E. Mendez-Pintado, WSBA No. 61404
520 Pike Street, Suite 98101
Seattle, Washington 98101
Ph: (206) 219-2008
nlarson@mpbf.com
mmendezpintado@mpbf.com

*Attorneys for Defendant Roshan Weeramantry, Oakley Partners LLC and Hyphen Wealth Management LLC*

NAUHEIM LAW OFFICE

*s/ David Nauheim*
David Nauheim, WSBA No. 41880
2707 Colby Ave Ste 1420
Everett, WA 98201-3568
Ph: (617) 402-3012
davidnauheim@gmail.com

JENNIFER MUNTER STARK, ESQUIRE, LLC

*s/ Jennifer Munter Stark*
Jennifer Munter Stark, (*pro hac vice admitted*)
210 Wingo Way #300
Mt. Pleasant, SC 29464
Ph: (843) 972-0006
jmunterstarklaw@gmail.com

*Attorneys for Defendant Cyrus Amini*

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO THE DEFENDANTS' JOINT MOTION
TO TRANSFER OR IN THE ALTERNATIVE TO DISMISS FOR
LACK OF PERSONAL JURISDICTION – Page 3
Case No. 2:25-cv-02198-JHC

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Court DIRECTS the Clerk to renote the motion at Dkt. # 10 to April 10, 2026.

DATED this 6th day of February, 2026.

John H. Chun
_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO THE DEFENDANTS' JOINT MOTION
TO TRANSFER OR IN THE ALTERNATIVE TO DISMISS FOR
LACK OF PERSONAL JURISDICTION – Page 4
Case No. 2:25-cv-02198-JHC