UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HELIUM FINANCIAL GROUP, LLC and
HELIUM ADVISORS, LLC,

    Plaintiffs,

v.

ROSHAN WEERAMANTRY; CYRUS
AMINI; OAKLEY PARTNERS, LLC; and
HYPHEN WEALTH MANAGEMENT, LLC,

    Defendants.

Case No. 2:25-cv-02198-JHC

**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS AND CASE DEADLINES**

NOTE ON MOTION CALENDAR:
March 16, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Helium Financial Group, LLC and Helium Advisors, LLC (collectively, "Plaintiffs"), and Defendants Roshan Weeramantry, Cyrus Amini, Oakley Partners, LLC, and Hyphen Wealth Management, LLC (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate and respectfully request that the Court enter an Order staying the proceedings and related deadlines in this matter while the parties evaluate the potential for alternative resolution and/or mediation.

The parties have agreed to participate in a private mediation to see if this matter can be resolved without further litigation. The parties are currently working on scheduling the mediation. In light of these efforts, the parties agree that a temporary stay of proceedings is appropriate to

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
AND CASE DEADLINES– Page 1
Case No. 2:25-cv-02198-JHC

conserve judicial and party resources and to avoid potentially unnecessary motion practice and briefing should the matter be resolved or otherwise narrowed through mediation.

Under the current schedule, Plaintiffs' response to Defendants' Joint Motion to Transfer or, in the Alternative, to Dismiss for Lack of Personal Jurisdiction ("Motion") (Dkt. No. 10, Case No. 2:25-cv-02198-JHC) is due April 3, 2026, and the Motion is currently noted for consideration on April 10, 2026. A temporary stay will allow the parties to focus their efforts on evaluating mediation without incurring the time and expense associated with briefing and resolving the pending Motion while those discussions are ongoing.

This stipulation and the requested stay are entered into solely for purposes of facilitating potential resolution of this matter and shall not operate as an admission of any factual allegation or legal conclusion. Further, this stipulation shall not operate as a waiver of, or otherwise affect, any claim, defense, objection, or argument that any party may assert in this action.

THEREFORE, the parties respectfully request that the Court enter an Order staying all proceedings and case deadlines, including all deadlines related to Defendants' Joint Motion to Transfer or, in the Alternative, to Dismiss for Lack of Personal Jurisdiction, until the parties have completed their assessment of alternative resolution and/or mediation of this matter or until further order of the Court. The parties are currently discussing potential mediators and anticipate scheduling a mediation within the next 6 months. The parties propose submitting a status update to the court within 10 days following the completion of the anticipated mediation.

RESPECTFULLY SUBMITTED this 16th day of March, 2026.

*The undersigned certify that this motion contains 382 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
AND CASE DEADLINES– Page 2
Case No. 2:25-cv-02198-JHC

CORR CRONIN LLP

*s/ Todd T. Williams*
Steven W. Fogg, WSBA No. 23528
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com
twilliams@corrcronin.com

James S. Rollins (*pro hac vice forthcoming*)
P. John Veysey (*pro hac vice forthcoming*)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Ph: (617) 217-4700| Fax: (617) 542-2241
James.Rollins@nelsonmullins.com
john.veysey@nelsonmullins.com

Patrice M. Kreider-Hughes (*pro hac vice forthcoming)*
KREIDER HUGHES LAW, PLLC
4500 9th Avenue NE, Suite 300
Seattle, WA 98105
Ph: (206) 457-2610| Fax: (206) 472-6010
patrice@kreiderhugheslaw.com

*Attorneys for Plaintiffs*

MURPHY, PEARSON, BRADLEY & FEENEY

*s/ Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
Miguel E. Mendez-Pintado, WSBA No. 61404
520 Pike Street, Suite 98101
Seattle, Washington 98101
Ph: (206) 219-2008
nlarson@mpbf.com
mmendezpintado@mpbf.com

*Attorneys for Defendant Roshan Weeramantry, Oakley Partners LLC and Hyphen Wealth Management LLC*

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
AND CASE DEADLINES– Page 3
Case No. 2:25-cv-02198-JHC

NAUHEIM LAW OFFICE

*s/ David Nauheim*

David Nauheim, WSBA No. 41880
2707 Colby Ave Ste 1420
Everett, WA 98201-3568
Ph: (617) 402-3012
davidnauheim@gmail.com

JENNIFER MUNTER STARK, ESQUIRE, LLC

*s/ Jennifer Munter Stark*

Jennifer Munter Stark, (*pro hac vice admitted*)
210 Wingo Way #300
Mt. Pleasant, SC 29464
Ph: (843) 972-0006
jmunterstarklaw@gmail.com

*Attorneys for Defendant Cyrus Amini*

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
AND CASE DEADLINES– Page 4
Case No. 2:25-cv-02198-JHC

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Court STAYS this matter pending further order of the Court.  The Court STRIKES the motion at Dkt. # 10.  After the stay is lifted, if appropriate, Defendants may ask the Court to re-note that motion.

DATED this 16th day of March, 2026.

_John H. Chun_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
AND CASE DEADLINES– Page 5
Case No. 2:25-cv-02198-JHC