UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HELIUM FINANCIAL GROUP, LLC and HELIUM ADVISORS, LLC,

Plaintiffs,

v.

ROSHAN WEERAMANTRY; CYRUS AMINI; OAKLEY PARTNERS, LLC; and HYPHEN WEALTH MANAGEMENT, LLC,

Defendants.

Case No. 2:25-cv-02198-JHC

**SECOND STIPULATED MOTION AND ORDER TO EXTEND STAY OF PROCEEDINGS AND CASE DEADLINES**

NOTE ON MOTION CALENDAR:
October 8, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Helium Financial Group, LLC and Helium Advisors, LLC (collectively, "Plaintiffs"), and Defendants Roshan Weeramantry, Cyrus Amini, Oakley Partners, LLC, and Hyphen Wealth Management, LLC (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate and respectfully request that the Court enter an Order further extending the stay of all proceedings and case deadlines in this matter for an additional sixty (60) days while the parties continue to discuss the possible resolution of the claims in this matter.

On March 16, 2026, the parties filed a Stipulated Motion to Stay Proceedings and Case Deadlines so that the parties could pursue a private mediation of this matter. Dkt. # 17. On March

16, 2026, the Court granted the parties' stipulated motion, stayed this matter pending further order of the Court. Dkt. # 18.

Consistent with the parties' stipulation, on June 25, 2026, the parties participated in a private mediation before the Honorable James Otero (Ret.). Although the mediation did not result in a complete resolution of this matter, the parties made progress. On August 4, 2026, the parties filed a Stipulated Motion to Extend Stay of Proceedings and Case Deadlines so that they could continue to discuss the possible resolution of the claims in this matter. Dkt. # 19. On August 5, 2026, the Court granted the parties' stipulated motion, extending the stay of all proceedings and case deadlines through and including October 5, 2026. Dkt. # 20.

Since the Court's August 5, 2026 Order, the parties have continued to discuss the possible resolution of the claims in this matter. The parties request an additional sixty (60) days to continue those settlement discussions. The parties agree that a continued temporary stay of proceedings is appropriate to conserve judicial and party resources and to avoid potentially unnecessary motion practice and briefing should the matter be resolved or otherwise narrowed through the parties' ongoing discussions.

This stipulation and the requested extension of the stay are entered into solely for purposes of facilitating potential resolution of this matter and shall not operate as an admission of any factual allegation or legal conclusion. Further, this stipulation shall not operate as a waiver of, or otherwise affect, any claim, defense, objection, or argument that any party may assert in this action.

THEREFORE, the parties respectfully request that the Court enter an Order extending the stay of all proceedings and case deadlines, including all deadlines related to Defendants' Joint Motion to Transfer or, in the Alternative, to Dismiss for Lack of Personal Jurisdiction, for an additional sixty (60) days, through and including December 4, 2026, or until further order of the

Court. The parties propose submitting a joint status report to the Court on or before the expiration of the extended stay advising the Court of the status of the parties' resolution discussions.

RESPECTFULLY SUBMITTED this 8th day of October, 2026.

*The undersigned certify that this motion contains 476 words, in compliance with the Local Civil Rules.*

CORR CRONIN LLP

*s/ Todd T. Williams*
Steven W. Fogg, WSBA No. 23528
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com
twilliams@corrcronin.com

James S. Rollins (*pro hac vice forthcoming*)
P. John Veysey (*pro hac vice forthcoming*)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Ph: (617) 217-4700| Fax: (617) 542-2241
James.Rollins@nelsonmullins.com
john.veysey@nelsonmullins.com

Patrice M. Kreider-Hughes (*pro hac vice forthcoming)*
KREIDER HUGHES LAW, PLLC
4500 9th Avenue NE, Suite 300
Seattle, WA 98105
Ph: (206) 457-2610| Fax: (206) 472-6010
patrice@kreiderhugheslaw.com

*Attorneys for Plaintiffs*

MURPHY, PEARSON, BRADLEY & FEENEY

*s/ Miguel E. Mendez-Pintado*
Nicholas C. Larson, WSBA No. 46034
Miguel E. Mendez-Pintado, WSBA No. 61404
520 Pike Street

Seattle, Washington 98101
Ph: (206) 219-2008
nlarson@mpbf.com
mmendezpintado@mpbf.com

*Attorneys for Defendants Roshan Weeramantry, Oakley Partners LLC and Hyphen Wealth Management LLC*

NAUHEIM LAW OFFICE

*s/ David Nauheim*
David Nauheim, WSBA No. 41880
2707 Colby Ave Ste 1420
Everett, WA 98201-3568
Ph: (617) 402-3012
davidnauheim@gmail.com

JENNIFER MUNTER STARK, ESQUIRE, LLC

*s/ Jennifer Munter Stark*
Jennifer Munter Stark, (*pro hac vice admitted*)
210 Wingo Way #300
Mt. Pleasant, SC 29464
Ph: (843) 972-0006
jmunterstarklaw@gmail.com

*Attorneys for Defendant Cyrus Amini*

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 9th day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge